UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES – GENERAL

| Case No. | CV 21-04252-FWS (KKx) | Date | May 25, 2022 |
|---|---|---|---|
| Title | Gabriela Santana v. Walmart, Inc. et al | | |

PRESENT:

### HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

Melissa H. Kunig                                              Not Reported
Deputy Clerk                                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                               None Present

**PROCEEDINGS:      (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF
                                      SETTLEMENT**

        The Court, having been notified by a Notice of Settlement [24] that the case settled,
hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings
in the case vacated and taken off calendar.

        The Court retains jurisdiction for ninety (90) days to vacate this order and to reopen the
action upon showing of good cause that the settlement has not been completed.



                                                                      -           :           -

                                                Initials of Deputy Clerk      mku

cc: